MARKS, O'NEILL, O'BRIEN, & COURTNEY, P.C.
BY: Frances Wang Deveney, Esquire
6981 N. Park Drive
Suite 300
Pennsauken, NJ 08109
(856) 663-4300

ATTORNEY FOR DEFENDANTS,
Burlington County Board of Social
Services; Director Daniel Boas; Social
Worker Yvonne Williams

File No.: 786-81631 (FWD/BDP)

| | |
|---|---|
| **FRANK ROBINSON**<br><br>Plaintiff, Pro Se<br><br>vs.<br><br>**BURLINGTON COUNTY BOARD OF SOCIAL SERVICES; DIRECTOR DANIEL BOAS; AND SOCIAL WORKER YVONNE WILLIAMS**<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br>CAMDEN VICINAGE<br><br>Civil Action No. 1:07-cv-02717-NLH-JS<br><br>CIVIL ACTION<br><br>ORDER OF DISMISSAL |

This matter having come before the Court by way of an Order to Show Cause on March 25, 2009 and Plaintiff, Frank Robinson, Pro Se having failed to appear and counsel for the Defendants appearing before the Court:

It is on this __31st__ day of __March__, 2009 ORDERED that the above-captioned matter shall be dismissed with prejudice for reasons set forth on the record.

_____
Honorable Noel L. Hillman, U.S.D.J.

{NJ205697.1}